# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WEAVER, GEORGE W § Case No. 11-82638
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/02/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/08/2012         By:  /s/BERNARD J. NATALE
                                                                                           Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WEAVER, GEORGE W § Case No. 11-82638
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 30,000.00 |
| and approved disbursements of | $ 3,699.17 |
| leaving a balance on hand of [1] | $ 26,300.83 |
| **Balance on hand:** | $ 26,300.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,300.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,464.25 | 0.00 | 3,464.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 19.80 | 0.00 | 19.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,234.05 |
| Remaining balance: | $ 19,066.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 19,066.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,412.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Shannon Weaver | 1,412.00 | 0.00 | 1,412.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 1,412.00 |
| | Remaining balance: | $ | 17,654.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,949.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Thomas H. Senneff | 1,612.00 | 0.00 | 633.14 |
| 2 | US BANK N.A. | 3,855.79 | 0.00 | 1,514.43 |
| 3 | Shannon Weaver | 34,737.45 | 0.00 | 13,643.72 |
| 4 | U S Bank NA | 4,744.52 | 0.00 | 1,863.49 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 17,654.78 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $            0.00
Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $            0.00
Remaining balance:  $            0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-82638-MB
George W Weaver                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Mar 09, 2012
                              Form ID: pdf006         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2012.
db           #+George W Weaver,   23396 Ideal Rd,   Chadwich, IL 61014-9254
17390657      +American Debt Control LLC,   4811 Merlot Ave,   Grapevine, TX 76051-7389
17390658      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17390659      +Codilis & Associates, PC,   15W030 N Frontage Rd Ste 100,   Burr Ridge, IL 60527-6921
17390661      +HSBC/MS,   PO Box 3425,   Buffalo, NY 14240-3425
17390656      +Marc H Weinstein & Associates,   4415 W Harrison St - Ste 234,   Hillside, IL 60162-1904
17390662      +Mercy Medical Center,   1410 N 4th St,   Clinton, IA 52732-2999
17390663      +Michelle Buckwalter Schuman,   PO Box 111,   Morrison, IL 61270-0111
18414408      +Shannon Weaver,   Linda A. Giesen-Dixon & Giesen Law Offic,   121 East First Street,   POB 389,
                Dixon, IL 61021-0389
17390664      +Shannon Weaver,   114 Andresen Ct,   DeKalb, IL 60115-1025
17717120     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   POB 5229,
                CINCINNATI, OH 45201-5229)
17390668     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                Frederick, MD  21701)
17390655      +Weaver George W,   23396 Ideal Rd,   Chadwich, IL 61014-9254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17390660      +E-mail/Text: bankruptcy@hraccounts.com Mar 10 2012 03:05:14     H & R Accounts Inc,
                7017 John Deere Pkwy,   Moline, IL 61265-8072
17644489      +E-mail/Text: ELOHSE@FRONTIERNET.NET Mar 10 2012 03:06:13     Thomas H. Senneff,   POB 347,
                Fulton, IL 61252-0347
17390665      +E-mail/Text: ELOHSE@FRONTIERNET.NET Mar 10 2012 03:06:13     Thomas Senneff,   408 11th Ave,
                Fulton, IL 61252-1728
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17390667*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   4325 17th Ave S,   Fargo, ND 58125)
17390666*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 5227,   Cincinnati, OH  45201)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Mar 09, 2012
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2012 at the address(es) listed below:

```
              Bernard J Natale    natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Brett A Kaufman    on behalf of Debtor George Weaver brett@mhwlaw.net
              Linda A. Giesen    on behalf of Creditor Shannon Weaver lag@hsdixonlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor  Wells Fargo Bank, NA ND-Two@il.cslegal.com
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```