**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WEAVER, GEORGE W    § Case No. 11-82638
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $78,150.00    Assets Exempt: $3,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,066.78    Claims Discharged
Without Payment: $69,879.98

Total Expenses of Administration: $10,933.22

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $130,473.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,933.22 | 10,933.22 | 10,933.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 934.16 | 1,412.00 | 1,412.00 | 1,412.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,277.35 | 44,949.76 | 44,949.76 | 17,654.78 |
| **TOTAL DISBURSEMENTS** | $184,684.51 | $57,294.98 | $57,294.98 | $30,000.00 |

4) This case was originally filed under Chapter 7 on June 09, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2012          By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5 acres, Ward Rd, Morrison, IL 61270 | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC/MS | 4110-000 | 45,920.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 84,553.00 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates, PC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$130,473.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 19.80 | 19.80 | 19.80 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,464.25 | 3,464.25 | 3,464.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Northwestern Title, Inc. | 2820-000 | N/A | 1,501.17 | 1,501.17 | 1,501.17 |
| Northwestern Title, Inc. | 3510-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| Northwestern Title, Inc. | 2500-000 | N/A | 398.00 | 398.00 | 398.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,933.22 | $10,933.22 | $10,933.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Shannon Weaver | 5100-000 | 934.16 | 1,412.00 | 1,412.00 | 1,412.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $934.16 | $1,412.00 | $1,412.00 | $1,412.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Thomas H. Senneff | 7100-000 | 1,600.00 | 1,612.00 | 1,612.00 | 633.14 |
| 2 | US BANK N.A. | 7100-000 | 3,763.18 | 3,855.79 | 3,855.79 | 1,514.43 |
| 3 | Shannon Weaver | 7100-000 | N/A | 34,737.45 | 34,737.45 | 13,643.72 |
| 4 | U S Bank NA | 7100-000 | 5,329.17 | 4,744.52 | 4,744.52 | 1,863.49 |
| NOTFILED | H & R Accounts Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Debt Control LLC | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Michelle Buckwalter Schuman | 7100-000 | 4,096.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,277.35 | $44,949.76 | $44,949.76 | $17,654.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82638  
**Case Name:** WEAVER, GEORGE W  

**Period Ending:** 06/20/12

**Trustee:**     (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/09/11 (f)  
**§341(a) Meeting Date:** 07/18/11  
**Claims Bar Date:** 11/04/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 23396 Ideal Rd, Chadwich, IL 61014 | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 5 acres, Ward Rd, Morrison, IL 61270 | 17,600.00 | 27,000.00 | | 30,000.00 | FA |
| 3 | Cash in wallet | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Milledgeville State Bank Checking Acct 242 certi | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods (furniture, couchs, tvs, kitchen | 850.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Teamsters Union Local 710 Pension other pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1995 Chevrolet Silverado | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Riding lawn mower | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$95,750.00** | **$27,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE NEGOTIATED SALE OF PROPERTY JANUARY 2012.  MOTION TO BE FILED.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2011     **Current Projected Date Of Final Report (TFR):**     March 7, 2012  (Actual)

Printed: 06/20/2012 05:23 PM     V.13.02

Case 11-82638    Doc 50    Filed 07/05/12    Entered 07/05/12 17:11:41    Desc Main
Document      Page 6 of 7

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-82638 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WEAVER, GEORGE W | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***4068 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 06/20/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/12 | | Northwestern Title, Inc. | Proceeds from Sale of 5 Acres on Ward Rd, Morrison, IL | | 26,300.83 | | 26,300.83 |
| | {2} | | Proceeds from Sale of Property   30,000.00 | 1110-000 | | | 26,300.83 |
| | | | Property Taxes   -1,501.17 | 2820-000 | | | 26,300.83 |
| | | | Realtor Commissions   -1,800.00 | 3510-000 | | | 26,300.83 |
| | | | Closing Costs ie Title Ins, Reg Fee, Transfer Stamps, etc.   -398.00 | 2500-000 | | | 26,300.83 |
| 04/04/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $3,750.00, Trustee Compensation;  Reference: | 2100-000 | | 3,750.00 | 22,550.83 |
| 04/04/12 | 102 | Shannon Weaver | Distribution paid 100.00% on $1,412.00; Claim# 5; Filed: $1,412.00; Reference: DOM SUPPORT OGLIATION | 5100-000 | | 1,412.00 | 21,138.83 |
| 04/04/12 | 103 | Thomas H. Senneff | Distribution paid  39.27% on $1,612.00; Claim# 1; Filed: $1,612.00; Reference: 9204 | 7100-000 | | 633.14 | 20,505.69 |
| 04/04/12 | 104 | US BANK N.A. | Distribution paid  39.27% on $3,855.79; Claim# 2; Filed: $3,855.79; Reference: 9361 | 7100-000 | | 1,514.43 | 18,991.26 |
| 04/04/12 | 105 | Shannon Weaver | Distribution paid  39.27% on $34,737.45; Claim# 3; Filed: $34,737.45; Reference: MARTIAL PROPERTY AGMT | 7100-000 | | 13,643.72 | 5,347.54 |
| 04/04/12 | 106 | U S Bank NA | Distribution paid  39.27% on $4,744.52; Claim# 4; Filed: $4,744.52; Reference: 7253 | 7100-000 | | 1,863.49 | 3,484.05 |
| 04/04/12 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,484.05 | 0.00 |
| | | | Dividend paid 100.00% on $3,464.25;  Claim# ATTY; Filed: $3,464.25   3,464.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $19.80;  Claim# EXP; Filed: $19.80   19.80 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 26,300.83 | 26,300.83 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 26,300.83 | 26,300.83 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$26,300.83** | **$26,300.83** | |

{} Asset reference(s)

Printed: 06/20/2012 05:23 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82638  
**Case Name:** WEAVER, GEORGE W

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******12-66 - Checking Account

**Taxpayer ID #:** **-***4068  
**Period Ending:** 06/20/12

**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :      26,300.83
   Plus Gross Adjustments :      3,699.17
                              _____
            Net Estate :      $30,000.00
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******12-66** | **26,300.83** | **26,300.83** | **0.00** |
| | **$26,300.83** | **$26,300.83** | **$0.00** |

{} Asset reference(s)

Printed: 06/20/2012 05:23 PM    V.13.02